## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                CR 12-1241 JCH

JOHN LOUIS LEE,

      Defendant.

## AMENDED ORDER CONCERNING MOTION TO COMPEL

Defendant John Louis Lee filed a Motion to Compel Production for *in Camera* Review. (Doc. 38.) I granted this motion and ordered the United States to provide me with both Agent Perry's personnel file from the Drug Enforcement Agency as well as a report from the Department of Justice's Office of Professional Responsibility ("OPR"). (Doc. 45.) I now amend the October 22, 2012 Order Granting Motion to Compel such that the United States only be required to submit the OPR report, which it has done; the United States is no longer ordered to produce Agent Perry's personnel file.

I have reviewed the OPR report and it will be filed *ex parte* so that Judge Herrera or the Tenth Circuit may review it. Having reviewed the OPR file, I find that there is no information in that file that should be disclosed to Lee.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.